**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 00-6126**

————————

UNITED STATES OF AMERICA,

                             Plaintiff - Appellee,

    versus

EUGENE KENNY SMITH,

                             Defendant - Appellant.

————————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (CR-96-54, CA-99-136-1-T)

————————

Submitted: June 27, 2000           Decided: July 10, 2000

————————

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

Eugene Kenny Smith, Appellant Pro Se. Brian Lee Whisler, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eugene Kenny Smith seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Smith, Nos. CR-96-54; CA-99-136-1-T (W.D.N.C. Aug. 23, 1999 & Sept. 8, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's judgments or orders are marked as "filed" on August 18 and September 7, 1999, the district court's record shows that they were entered on the docket sheet on August 23 and September 8, 1999, respectively. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).